3900.   MARTIN *v.* THAXTON.

HILL, C. J. The evidence did not demand the verdict rendered by the jury
in the justice's court, and the first grant of a new trial by the judge of
the superior court upon· certiorari will not be disturbed. *Bailey* v.
*Hooks,* 1 *Ga. App.* 276 (57 S. E. 924); *Brantley* v. *Taylor,* 121 *Ga.* 475
(49 S. E. 262).                          *Judgment affirmed.*
                    DECIDED JUNE 5, 1912.

Certiorari; from Butts superior court—Judge R. T. Daniel. October 30, 1911.

*W. E. Watkins,* for plaintiff in error. *J. T. Moore,* contra.